ALBERT GLASER, Appellant, *v.* DANIEL CARROLL et al., Respondents.

(Argued April 16, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 18, 1892, which affirmed a judgment in favor of defendants entered upon an order dismissing the complaint on trial at Special Term.

*H. K. Coddington* for appellant.

*Earley & Pendergast* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

GUSTAV DANIEL, Respondent, *v.* THE NEW YORK NEWS PUBLISHING COMPANY, Appellant.

(Argued April 16, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 7, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Roger M. Sherman* for appellant.

*S. L. Samuels* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.